UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MARY ANN JOYCE and
BRIAN J. JOYCE,

                Plaintiffs,

                              ORDER OF
                              DISMISSAL
      v.                              07-CV-692A

VITAL RECOVERY SERVICES, INC. and
PORTFOLIO RECOVERY ASSOCIATES, LLC.,

                Defendants.

---

       The Court having been advised by the counsel for the parties that the above action has been settled;

       It is ORDERED that this action is hereby dismissed without costs and on the merits, but without prejudice to the right, upon good cause shown within 60 days to reopen this action if settlement is not consummated.

       SO ORDERED.

                                                    s/ *Richard J. Arcara*
                                                    HONORABLE RICHARD J. ARCARA
                                                    CHIEF JUDGE
                                                    UNITED STATES DISTRICT COURT

DATED: May   20   , 2008